*January 10, 1933.*

UNIVERSAL CREDIT COMPANY, Appellant, vs. STAFFORD and another, Respondents.

For the appellant: *Mandelker & McCarthy* of Milwaukee.
For the respondents: *Larrabee & Larrabee* and *Harold E. Stafford,* all of Chippewa Falls.

*By the Court.*—Judgment affirmed.

WEISS, Respondent, vs. WEISS, Appellant.

For the appellant: *William F. Schanen* of Port Washington, attorney, and *Shaw, Muskat & Paulsen* and *Van B. Wake* of counsel, all of Milwaukee.
For the respondent: *O'Meara & O'Meara* of West Bend.

*By the Court.*—Judgment affirmed.

HARNISCH, Respondent, vs. HEHLI, Appellant.

For the appellant: *Ramsdell, King & Linderman* of Eau Claire.
For the respondent: *H. W. Rudow* and *A. L. Quilling,* both of Menomonie.

*By the Court.*—Judgment affirmed.